UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Tanner McCormack and,<br>Tyler McCormack,<br><br>        Plaintiffs,<br><br>v.<br><br>City of Minneapolis, Minnesota;<br>Dale Burns, in his individual and official<br>capacities; Jeremiah T. Kocher, in his<br>individual and official capacities;<br>James G. Lynch, in his individual and<br>official capacities; Harvey Blumenthal,<br>in his individual capacity; Mark Hilliard,<br>in his individual capacity; Block e/McCaffery<br>Interests/LLC, a foreign corporation;<br>McCaffery Interest, Inc., a foreign corporation;<br>Warehouse District Business Association, Inc.,<br>Securitas Security Services, Incorporated,<br>a foreign corporation, and John Does 1-5,<br><br>        Defendants. | Court File No.: 07-CV-2651 (DWF/JJK) |

_____

### *DEFENDANTS BLOCK e/McCAFFERY INTERESTS/LLC AND McCAFFERY INTEREST, INC.'S MOTION TO COMPEL DISCOVERY AND AWARD ATTORNEY'S FEES*

_____

Defendants, Block e/McCaffery Interests/LLC and McCaffery Interest, Inc., hereby respectfully move this Court pursuant to Fed. R. Civ. P. 37 for an Order granting Defendants' Motion to Compel Plaintiffs to fully respond to interrogatories submitted pursuant to Fed. R. Civ. P. 33, document requests submitted pursuant to Fed. R. Civ. P.

34, medical reports and authorizations and for an award of costs, including attorney's fees, related thereto.

    This Motion is based upon the attached Memorandum of Law, affidavit of counsel, all of the files, records and proceedings herein, and the arguments of counsel at the hearing.

                        Respectfully submitted,

Dated: <u>October 5, 2012</u>          */s/ Patrick M. Biren*
                                              Patrick M. Biren
                                              Bar Number 0317263
                                              Attorney for Defendants Block e/McCaffery Interests, LLC and McCaffery Interest, Inc.
                                              BROWNSON & BALLOU, PLLP
                                              225 South Sixth Street, Suite 4800
                                              Minneapolis, MN  55402
                                              Telephone:  612-332-4020
                                              Fax: 612-332-4025
                                              E-Mail: pbiren@brownsonballou.com