UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Tanner McCormack and,<br>Tyler McCormack, | Court File No.: 07-CV-2651 (DWF/JJK) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| City of Minneapolis, Minnesota;<br>Dale Burns, in his individual and official<br>capacities; Jeremiah T. Kocher, in his<br>individual and official capacities;<br>James G. Lynch, in his individual and<br>official capacities; Harvey Blumenthal,<br>in his individual capacity; Mark Hilliard,<br>in his individual capacity; Block e/McCaffery<br>Interests/LLC, a foreign corporation;<br>McCaffery Interest, Inc., a foreign corporation;<br>Warehouse District Business Association, Inc.,<br>Securitas Security Services, Incorporated,<br>a foreign corporation, and John Does 1-5, | |
| Defendants. | |

_____

TO:   Clerk of Court and Plaintiffs and their Attorney, Jill Clark, Jill Clark, P.A., 2005 Aquila Avenue North, Golden Valley, MN 55427.

Please be advised that Jessie E. Rosenthal enters an appearance on behalf of Defendants Block e/McCaffery Interests/LLC and McCaffery Interest, Inc. in the above-captioned case.

Dated: 10/22/2012          */s/ Jessie E. Rosenthal*
                                          Jessie E. Rosenthal
                                          Bar Number 0392431
                                          Attorney for Defendants Block e/McCaffery Interests/LLC and McCaffery Interest, Inc.
                                          BROWNSON & BALLOU, PLLP
                                          225 South Sixth Street, Suite 4800
                                          Minneapolis, MN  55402
                                          Telephone:  612-332-4020
                                          Fax: 612-332-4025
                                          E-Mail: jrosenthal@brownsonballou.com